USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED 3/7/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA   :

    - v. -   :

         **INDICTMENT**

LAWRENCE MULQUEEN,   :

           Defendant.   13 Cr.

         **13 CRIM 00157**

- - - - - - - - - - - - - - - - - - x

COUNT ONE

(Threatening federal officials)

The Grand Jury charges:

1. In or about February 2013, in the Southern District of New York and elsewhere, LAWRENCE MULQUEEN, the defendant, knowingly and willfully did threaten to assault, kidnap, and murder United States officials to impede, intimidate, and interfere with those officials while they were engaged in the performance of their official duties, and to retaliate against those officials on account of their performance of official duties during their terms of service, to wit, MULQUEEN posted messages to an online social network threatening to kill members of the United States Congress.

(Title 18, United States Code, Section 115(a)(1)(B).)

COUNT TWO

(Transmitting threatening communications)

The Grand Jury further charges:

2.  In or about February 2013, in the Southern District of New York and elsewhere, LAWRENCE MULQUEEN, the defendant, knowingly did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, MULQUEEN posted messages to an online social network threatening to kill federal, state, and local elected officials and others.

(Title 18, United States Code, Section 875(c).)


_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LAWRENCE MULQUEEN,

               Defendant.

INDICTMENT

13 Cr.

(18 U.S.C. §§ 115(a)(1)(B), 875(c).)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
                        Foreperson.